1420

99–1701.   State v. Smith.
Mahoning App. No. 97CA5. On motion for stay of court of appeals' judgment. Motion denied.
   MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

99–1714.   State v. McKinney.
Allen App. No. 1–98–67. On motion for leave to file delayed appeal. Motion denied.

99–1715.   State v. McKinney.
Allen App. No. 1–98–68. On motion for leave to file delayed appeal. Motion denied.

99–1746.   O'Connell v. O'Connell.
Clermont App. No. CA98–12–121. On motion for stay of the court of appeals' decision. Motion denied.
   F.E. SWEENEY, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

99–1280.   Toledo Edison Co. v. Bryan.
Williams App. No. WM–98–017.
   F.E. SWEENEY, J., dissents.
   RESNICK and COOK, JJ., not participating.

99–1287.   Progressive Ins. Co. v. Stewart.
Lucas App. No. L–98–1250. Discretionary appeal allowed and cause held for the decision in 98–772, *Csulik v. Nationwide Mut. Ins. Co.,* Stark App. No. 1997CA00283; briefing schedule stayed.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

99–1302.   Newkirk v. State Farm Ins. Co.
Preble App. No. CA98–05–005. Discretionary appeal allowed and cause held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; briefing schedule stayed.
   RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

99–1311.   Gamble v. Dobrosky.
Lucas App. No. L–98–1293.
   F.E. SWEENEY and PFEIFER, JJ., dissent.

99–1402.   State v. Sarli.
Cuyahoga App. No. 74292. Discretionary appeal allowed, cause consolidated with 99–1604, *State v. Sarli,* Cuyahoga App. No. 74292, causes held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191, and briefing schedule stayed.
   RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

